UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN NUILA-CHAVEZ, | ) | 1:08-CV-00403 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #13] |
| | ) | |
| v. | ) | ORDER GRANTING CONDITIONAL WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | |
| LIEUTENANT KEVIN WRIGHT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") following entry of an order of removal from the United States. Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He is represented in this action by Robert B. Jobe, Esq.

On September 2, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be GRANTED and Petitioner be released from custody unless, within 60 days, the government provides Petitioner with a hearing before an Immigration Judge with the power to grant him bail unless the government establishes that he is a flight risk or danger to the

1  community, or shows that he has already received such a bond hearing. The Findings and
2  Recommendation was served on all parties and contained notice that any objections were to be filed
3  within thirty (30) days of the date of service of the order.
4      On September 4, 2008, Respondent filed a response wherein Respondent concurs with the
5  Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this
6  Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file and
7  having considered the objections, the Court concludes that the Magistrate Judge's Findings and
8  Recommendation is supported by the record and proper analysis, and there is no need to modify the
9  Findings and Recommendations based on the points raised in the objections.
10     Accordingly, IT IS HEREBY ORDERED that:
11     1. The Findings and Recommendation issued September 2, 2008, is ADOPTED IN FULL;
12     2. The Petition for Writ of Habeas Corpus is GRANTED unless, within 60 days, the
13 government provides Petitioner with a hearing before an Immigration Judge with the power to grant
14 him bail unless the government establishes that he is a flight risk or danger to the community, or the
15 government shows that he has already received such a bond hearing.
16
17 IT IS SO ORDERED.
18 **Dated:   October 21, 2008**           **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE