UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN NUILA-CHAVEZ, | ) | 1:08-CV-00403 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING PETITION AND |
| | ) | DIRECTING CLERK OF COURT TO ENTER |
| | ) | JUDGMENT AND CLOSE CASE |
| v. | ) | |
| | ) | |
| | ) | |
| LIEUTENANT KEVIN WRIGHT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He is represented in this action by Robert B. Jobe, Esq.

On October 22, 2008, the undersigned issued an Order adopting the Magistrate Judge's Findings and Recommendation that had recommended the petition be GRANTED and Petitioner be released from custody unless, within 60 days, the government provided Petitioner with a hearing before an Immigration Judge with the power to grant him bail.

On October 28, 2008, Respondent filed a notice of compliance advising the Court that Petitioner had been granted a bond hearing on October 15, 2008, wherein Petitioner was denied bail. A copy of the decision is attached to Respondent's notice.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The Petition for Writ of Habeas Corpus is DISMISSED;

3    2. The Clerk of Court is DIRECTED to enter judgment and close the case.

5   IT IS SO ORDERED.

6   **Dated:   February 14, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE